AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARIA S.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 31, 2021

SEAN F. McAVOY, CLERK

*Plaintiff*

)
)
)

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

Civil Action No.   1:20-cv-03197-MKD

)
)
)
)

*Defendant*

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Plaintiff's Motion for Summary Judgment, ECF No. 16, is STRICKEN AS MOOT.
The parties' Stipulated Motion for Remand, ECF No. 17, is GRANTED.  The case is REVERSED and REMANDED to
the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405
(g).  Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      MARY K. DIMKE _____ on a motion for
remand.

Date:  8/31/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Tonia Ramirez _____
*(By) Deputy Clerk*

Tonia Ramirez _____